USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-21-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIO CASTRO,

                Petitioner,

        v.

JAMIE LAMANNA, *Superintendent of the Green Haven Correctional Facility*,

                Respondent.

No. 18-CV-3315 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Petitioner Mario Castro, proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on April 16, 2018, *see* Dkt. 2, and filed an amended petition (the "Petition") on February 28, 2019, *see* Dkt. 19.  On March 30, 2020, Magistrate Judge Aaron issued a Report and Recommendation (the "Report") recommending that the Court deny the Petition in its entirety.  *See* Dkt. 26.  The Report clearly stated the procedures for the parties to file written objections pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), and that failure to object within fourteen (14) days will result in a waiver of objections and will preclude appellate review.  *See* Report at 27.  The Report also indicated that a copy of it was mailed to Petitioner's address as listed on the docket.  Neither party filed objections within the requisite time period.  Petitioner, however, filed a Notice of Appeal to the United States Court of Appeals for the Second Circuit, which is dated April 7, 2020 and was docketed on April 16, 2020.  *See* Dkt. 27. As indicated on the docket, Petitioner's Notice of Appeal is premature at this time.  In light of Petitioner's *pro se* status and the current COVID-19 crisis, the Court will extend his time to file

written objections to the Report.  Accordingly, **no later than May 12, 2020**, Petitioner shall file any written objections.

Moreover, in light of the current global health crisis, parties proceeding *pro se* are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov.  *Pro se* parties also are encouraged to consent to receive all court documents electronically.  A consent to electronic service form is available on the Court's website.  *Pro se* parties who are unable to use email may submit documents by regular mail or in person at the drop box location at the U.S. Courthouses in Manhattan (500 Pearl Street) and White Plains (300 Quarropas Street).  For more information, including instructions on this new email service for *pro se* parties, please visit the Court's website at nysd.uscourts.gov.

Respondent is directed to mail a copy of this Order to Petitioner and file proof of service on the docket no later than April 28, 2020.

SO ORDERED.

Dated:   April 21, 2020
         New York, New York

RONNIE ABRAMS
United States District Judge